UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
MERCHDIRECT LLC, et al.,

        Plaintiffs,                17 Civ. 0488 (RJS)(AJP)

    -against-

                              **ORDER OF DISMISSAL ON CONSENT**

SUNFROG LLC, et al.,

        Defendants.
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties dated July 18, 2017, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed <u>without</u> prejudice and without costs provided, however, that the Court retains jurisdiction pursuant to the terms of the July 18, 2017 settlement agreement. Any pending motions are to be terminated as moot and all conferences are cancelled. This Order replaces and supercedes the prior Order of Dismissal.

        SO ORDERED.

DATED:    New York, New York
              July 24, 2017

                                        _____
                                        **Andrew J. Peck**
                                        United States Magistrate Judge

Copies **ECF** to:        All Counsel
                          Judge Sullivan

C:\ORD\DISMISS